FILED
2019 Apr-29 AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **ALFREDO CLEMENTE CEDENO PULIDO,** ) <br> ) <br> **Petitioner,** ) <br> ) <br> v. ) <br> ) <br> **DAVID RIVERA, et al.,,** ) <br> ) <br> **Respondents.** ) | **Civil Action Number** <br> **4:19-cv-0250-AKK-TMP** |

# MEMORANDUM OPINION

This habeas action, filed pursuant to 28 U.S.C. § 2241, is before the court on Respondents' Motion to Dismiss Petition as Moot, doc. 14. In the motion, Respondents note Petitioner was removed from the United States to his native country of Ecuador on March 29, 2019. Doc. 14-1. On April 2, 2019, the magistrate judge entered a report recommending the motion be granted and this action dismissed as moot.[1]

After careful consideration of the record in this case, including the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report and **ACCEPTS** the magistrate judge's recommendations. In accordance

---

[1] A copy of the report and recommendation mailed by the Clerk to the petitioner at his last known address was returned to the court as undeliverable. Doc. 16. The petitioner has not updated his address in the interim.

with the recommendation, the court finds that Respondents' motion to dismiss is due to be granted and this action dismissed as moot.

A separate order will be entered.

**DONE** the 29th day of April, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE